1  JOEL A. KAUTH, CA Bar No. 186544
   E-Mail: jak@cph.com
2  GARY DUKARICH, CA Bar No. 188561
   CHRISTIE, PARKER & HALE, LLP
3  3501 Jamboree Road
   North Tower, Suite 6000
4  Newport Beach, California 92660
   Telephone: (949) 476-0757
5  Facsimile: (949) 476-8640

6  Attorneys for Plaintiff
   R & S TRADING COMPANY, INC.

7

8

9  MICHAEL H. BIERMAN, CA Bar No. 89156
   E-Mail: MBierman@luce.com
10 JEFFREY D. WEXLER, CA Bar No. 132256
   MICHELLE K. SUGIHARA, CA Bar No. 217444
11 LUCE, FORWARD, HAMILTON & SCRIPPS, LLP
   777 South Figueroa Street, Suite 3600
12 Los Angeles, CA 90017
   Telephone: (213) 892-4992
13 Facsimile: (213) 892-7731

14 Attorneys for Defendants and Counterclaimants
   KMART CORPORATION, FOOTSTAR
15 CORPORATION, and MELDISCO K-M
   TUSTIN, CA., INC.

16

17                UNITED STATES DISTRICT COURT

18              CENTRAL DISTRICT OF CALIFORNIA

                      SOUTHERN DIVISION
19

20 R & S TRADING COMPANY, INC.,        Case No. SACV05-221 DOC
                                       (MLGx)
21         Plaintiff,
                                       **STIPULATED FINAL
22     vs.                             JUDGMENT**

23 KMART CORPORATION,
   FOOTSTAR CORPORATION and
24 MELDISCO K-M TUSTIN, CA.,           CTRM: 9D
   INC.,
25                                     Hon. David O. Carter
           Defendants.
26
   ─────────────────────────────
27 AND RELATED COUNTERCLAIMS

28

-1-

Plaintiff R & S Trading Company, Inc. ("Plaintiff") and defendants and counterclaimants Kmart Corporation, Footstar Corporation and Meldisco K-M, Tustin, CA., Inc. ("Defendants"), having resolved the dispute between them in this Action, Case No. SACV05-221 DOC (MLGx) ("Action") and consented to entry of a judgment as follows:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. This Court has jurisdiction of the subject matter and of the parties.

2. Venue is proper in this Judicial District.

3. Plaintiff is a corporation duly organized and existing under the laws of the State of California and having its principal place of business in Irvine, California.

4. Defendant and counterclaimant Kmart Corporation is a Michigan corporation having its place of business at 3333 Beverly Road, Hoffman Estates, Ill. 60179.

5. Defendant and counterclaimant Footstar Corporation is a Texas corporation having its principal place of business in Mahwah, New Jersey.

6. Defendant and counterclaimant Meldisco K-M Tustin, CA., Inc., is a California corporation having its principal place of business in Tustin, California. Effective on December 31, 2005 Meldisco K-M Tustin, CA., Inc. was merged into Footstar Corporation and no longer has any separate corporate existence.

7. R & S is the assignee and owner of a patent entitled "Water-Resistant and Floatable Footwear and Method of Manufacture Therefor," U.S. Patent Number 6,508,016 ("the '016 Patent"), issued on January 21, 2003. A copy of the '016 Patent is attached hereto as Exhibit A.

8. Defendant Footstar Corporation stipulates that for the purposes of this Action, and for all purposes outside of this Action including but not limited to the importing, offer for sale, sale and/or distribution of sandals which are not subjects of this Action, both now in the future, Plaintiff's '016 Patent is valid and

1 | enforceable.

2 |     9.    Defendant Footstar Corporation further stipulates that it and Meldisco K-M Tustin, CA., Inc. infringed the '016 Patent by the sale and offer for sale in 2004 and 2005 of certain flip flop style sandals.

    10.    Defendant Kmart Corporation, for itself alone, stipulates that for the purposes of this Action, and for all purposes outside of this Action including but not limited to the importing, offer for sale, sale and/or distribution of sandals which are not subjects of this Action, both now in the future, Plaintiff's '016 Patent is valid and enforceable. This stipulation is made by, and is binding on, Kmart Corporation only and has no force or effect on any other person or entity, including any other person or entity affiliated with Kmart Corporation.

    11.    Accordingly, Final Judgment in this Action shall be, and hereby is, entered in favor of Plaintiff and against Defendants Footstar Corporation and K-M, Tustin, CA., Inc. Each party is to bear its own costs and attorneys fees.

Dated: June 29, 2006

_David O. Carter_
HON. DAVID O. CARTER
United States District Judge

Approved As To Form and Substance:

DATED: June 28, 2006            CHRISTIE, PARKER & HALE, LLP

                                By _____
                                   Joel A. Kauth
                                   Gary Dukarich

                                Attorneys for Plaintiff
                                R & S TRADING COMPANY, INC.


DATED: June 27, 2006            LUCE, FORWARD, HAMILTON &
                                SCRIPPS, LLP

                                By: _____
                                    Michael H. Bierman

                                Attorneys for Defendants
                                KMART CORPORATION, FOOTSTAR
                                CORPORATION and MELDISCO K-M
                                TUSTIN, CA., INC.,



US006508016B1

## (12) United States Patent
### Boncutter et al.

(10) Patent No.: **US 6,508,016 B1**
(45) Date of Patent: **Jan. 21, 2003**

(54) **WATER-RESISTANT AND FLOATABLE FOOTWEAR AND METHOD OF MANUFACTURE THEREFOR**

(75) Inventors: Mary K. Boncutter, Newport Beach, CA (US); Wilson Chao Nan Chen, Taichung (TW)

(73) Assignee: R & S Trading Company, Inc., Newport Beach, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 09/690,552

(22) Filed: Oct. 17, 2000

(51) Int. Cl.[7] .................................................. A43B 3/12
(52) U.S. Cl. ............................... 36/11.5; 36/8.1; 36/109
(58) Field of Search ........................... 36/8.1, 11.5, 109

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 1,875,162 A | | 8/1932 | Sayers |
| 2,099,418 A | * | 11/1937 | Bradley et al. |
| 2,744,340 A | * | 5/1956 | Gerber |
| 3,352,033 A | | 11/1967 | Colley |
| 3,596,381 A | * | 8/1971 | Fukuoka |
| 3,675,346 A | | 7/1972 | Miyachi et al. |
| 3,698,107 A | * | 10/1972 | Fukuoka |
| 3,698,108 A | * | 10/1972 | Brunner |
| 3,925,914 A | | 12/1975 | Marcoux |
| 3,928,927 A | | 12/1975 | Brown et al |
| 3,936,896 A | * | 2/1976 | Creamer |
| 4,200,997 A | * | 5/1980 | Scheinhaus et al. |
| 4,279,049 A | | 7/1981 | Coiquaud |
| 4,843,736 A | | 7/1989 | Courian |
| 5,205,054 A | | 4/1993 | York, Jr. |
| 5,230,115 A | * | 7/1993 | Hollister et al. |
| 5,367,735 A | * | 11/1994 | Mosier et al |
| 5,802,738 A | | 9/1998 | Ferniani |
| 5,852,885 A | | 12/1998 | Ferniani |
| 5,992,055 A | | 11/1999 | Connor |
| 6,003,246 A | | 12/1999 | Pan |
| 6,014,821 A | | 1/2000 | Yaw |
| 6,021,585 A | | 2/2000 | Cole |
| 6,029,372 A | | 2/2000 | Pan ........................ 36/11.5 |
| 6,035,554 A | | 3/2000 | Duncan |
| D429,555 S | | 8/2000 | Kelly ........................ D2/961 |

* cited by examiner

Primary Examiner—Ted Kavanaugh
(74) Attorney, Agent, or Firm—Christie, Parker & Hale, LLP

(57) **ABSTRACT**

A water-resistant and floatable footwear and method of manufacture therefor are provided, the footwear comprising a sole including an outsole and insole, an upper member affixed to the sole, wherein said footwear is floatable in water. In particular, the insole of the footwear is constructed of the material "marine buoy;" that is, the insole has an inner structure and an outer coating, the inner structure being constructed of a thermoplastic resin and the outer coating being constructed of a vinyl polymer. The footwear is advantageously water-proof and provides buoyancy in water. The upper members of the footwear may also be constructed of the marine buoy material and they may be configured as a continuous strap or flaps that are detachably attached to each other. The outsole of the footwear may be configured in close conformity with the insole, or it may include a peripheral border extending upwardly and around the insole. The method of manufacture includes the steps of: forming the outsole, forming the insole by forming an inner structure from a thermoplastic resin, immersing the inner structure in vinyl polymer, arranging the upper members relative to the insole and the outsole to form the footwear, securely affixing the insole, the outsole and the upper members to each other. A step of the method may include providing apertures in the insole adapted for securing the upper members before immersing the insole in the vinyl polymer.

**20 Claims, 8 Drawing Sheets**



Exhibit: A
Page: 5



FIG. 1

Exhibit: A
Page: 6



FIG. 2

FIG. 5

FIG. 6

Exhibit: A
Page: 7



FIG. 3

FIG. 4

Exhibit: A
Page: 8



FIG. 7

Exhibit: A
Page: 9



FIG. 8

Exhibit: A

Page: 10



Case 8:05-cv-00221-DOC-MLG    Document 42    Filed 06/29/06    Page 11 of 17    Page ID #:60

Exhibit: A
Page: 11



FIG. 10

Exhibit: A
Page: 12



FIG. 12

Exhibit: A
Page: 13

# WATER-RESISTANT AND FLOATABLE FOOTWEAR AND METHOD OF MANUFACTURE THEREFOR

## FIELD OF THE INVENTION

This invention relates to footwear, in particular, lightweight and comfortable footwear providing buoyancy in water and resistance to water absorption, and a method of manufacture therefor.

## BACKGROUND OF THE INVENTION

Casual and lightweight shoes, particularly, sandals are known. Many of these shoes and sandals (hereinafter collectively referred to as "footwear") are flexible due to the materials used to construct the soles. However, because many of these materials are porous, such footwear readily absorb water and become heavy and cumbersome. The absorbed moisture or liquid may seep out over time causing discomfort to the wearer, or even causing the wearer to trip or fall. Moreover, such absorption may stain the footwear or promote the growth of unsightly or odor-causing fungus.

To avoid some of these problems, some footwear have provided drainage holes or other drainage features which unfortunately do not prevent the absorption of water, but simply provide an outlet for the water absorbed. However, seepage is not avoided, nor is the growth of unsightly or odor-causing fungus caused by the trapped moisture.

As with recreational footwear, particularly those adapted for use in water recreation, it is desirable to have footwear that have buoyancy and float in water. It is not uncommon for a shoe or sandal to slip off one's foot while ingressing or egressing a boat. It is also not uncommon for a shoe or a sandal to fall into a swimming pool. Accordingly, footwear which stay afloat in water, while resistant to the absorption of water, provide many advantages.

Another desirable feature in footwear is comfort in the areas of direct contact with the feet. While many footwear are desirably casual and lightweight, the desire to minimize weight has left many footwear with uncomfortable inner soles that lack a liner that is both comfortable and slip-resistant.

Furthermore, current fashion trends mandate footwear to come in a wide variety of colors. It is therefore desirable therefore to provide footwear which address the foregoing problems, but also be suitable to arrive in a variety of colors. In order to meet the ever-changing tastes of the marketplace, the color of the footwear should be easily alterable.

## SUMMARY OF THE INVENTION

The present invention is directed to a new and improved footwear comprising a sole including an outsole and insole, an upper member affixed to the sole, wherein said footwear is floatable in water. In particular, the insole of the footwear is constructed of the material "marine buoy;" that is, the insole has an inner structure and an outer coating, the inner structure being constructed of a thermoplastic resin and the outer coating being constructed of a vinyl polymer. As such, the footwear is advantageously water-proof and provides buoyancy in water. The upper members of the footwear may also be constructed of the marine buoy material and they may be configured as a continuous strap or flaps that are detachably attached to each other. The outsole of the footwear may be configured in close conformity with the insole, or it may include a peripheral border extending upwardly and around said insole.

2

The present invention is also directed to a method for producing a footwear with an insole, an outsole and upper members, comprising the steps of: forming the outsole, forming the insole by forming an inner structure from a thermoplastic resin, immersing the inner structure in vinyl polymer, arranging the upper members relative to the insole and the outsole to form said footwear, securely affixing the insole, the outsole and the upper members to each other. A step of the method may include providing apertures in the insole adapted for securing the upper members before immersing the insole in the vinyl polymer.

The foregoing and other objects, features and advantages of the invention will be apparent from the following more particular description of the preferred embodiments, taken in conjunction with the accompanying drawings, which illustrate, by way of example, the principles of the invention.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of an embodiment of a footwear of the present invention,

FIG. 2 is a side elevational view of the footwear of FIG 1;

FIG 3 is top plan view of the footwear of FIG. 1;

FIG. 4 is a bottom plan view of the footwear of FIG. 1;

FIG 5 is a cross-sectional view taken along line 5—5 in FIG. 1;

FIG. 6 is a cross-sectional view taken along line 6—6 in FIG 1;

FIG. 7 is a perspective view of an alternative embodiment of the footwear of the present invention,

FIG. 8 is a perspective view of another alternative embodiment of the footwear of the present invention;

FIG. 9 is a side elevational view of the footwear of FIG 8;

FIG 10 is a perspective view of yet another alternative embodiment of the footwear of the present invention;

FIG 11 is a side elevational view of the footwear of FIG 10, and

FIG 12 is a perspective view of footwear of FIG 10, with upper members detached from each other.

## DETAILED DESCRIPTION

Referring to FIGS. 1 and 2, an embodiment of a footwear 10 of the present invention is shown. The footwear has a sole 12, including an insole 14 and an outsole 16, and upper member or members (hereinafter used interchangeably) 18 affixed to and extending above the sole 12 for securing the footwear 10 to the wearer's foot (not shown). The upper members 18 may include a strap 20 and a fastening member 22 both adapted and configured to conform to the wearer's foot. In particular, the strap 20 is configured to extend above the foot and the fastening member 22 is configured to extend between the toes of the foot. Referring to FIGS 5 and 6, the ends 24 of the upper members of this embodiment of the footwear 10 are securely affixed to the outsole 16 by, e.g., adhesives or glue. As understood by one of ordinary skill in the art, the upper members may connected to the sole 12 by a variety of different means, including the formation of a nub at the ends 24 of the upper members which are received in appropriately-sized apertures defined in the sole 12, or other fastening or connecting structures.

Referring to the embodiment illustrated in FIGS 3 and 4, the insole 14 and the outsole 16 are made from flexible materials and are of substantially the same configuration

Exhibit: A

Page: 14

US 6,508,016 B1

3

such that their respective peripheral outer edges are substantially even with each other. The outsole 16 may be constructed of a suitably flexible, elastomeric and/or durable material for resisting wear while providing tread. Rubber, for example, may be used to construct the outsole 16. In this illustrated embodiment, the outsole 16 has a substantially uniform thickness of approximately 3/16 inch throughout the length and width of the footwear 10 (see FIG. 2). A walking surface 19 of the outsole 16 is configured with a pattern to provide tread and friction (see FIG. 4).

Referring to FIGS. 5 and 6, the insole 14 may be constructed of a combination of flexible materials commonly referred to as "marine buoy" to resist water absorption and provide buoyancy in the footwear. The insole 14 includes an inner structure 30 that may be foam-like and is at least partially, if not substantially wholly, encapsulated in a waterproof, water-repellant and/or water-resistant sealant coating 32. The inner structure 30 is compressible and of a relatively low density compared to the outsole 16, such that it cushions the foot. Suitable materials for construction of the inner structure 30 include a thermoplastic synthetic resin or a thermoplastic synthetic resin containing a plasticizer. Such a suitable thermoplastic resin composition may comprise of the following:

| | |
|---|---|
| NBR (nature polybutadine rubber) | 30% |
| PVC (polyvinyl chloride paste resin) | 30% |
| Filler talc | 12% |
| Foaming agent | 10% |
| Plasticizer | 12% |
| Process oil | 6% |

The resin may be molded, trimmed, cut or otherwise configured (before, during or after curing, as understood by one of ordinary skill in the art) as desired, but preferably to conform substantially to outer shape of the foot. The thickness of the inner structure 30; however, may be as is desirable and/or functional. In a preferred embodiment, the thickness is substantially uniform throughout the length and the width of the sole 12 at approximately 1½ inches. It is understood that the thickness of the inner structure 30 may be nonuniform as desirable or appropriate to conform to the shape of the foot.

The coating or surface 32 functions as a barrier or sealant of the inner structure 30 to the environment. As such, the coating 32 is flexible and has water-proofing, water-repelling and/or water-resistant properties Suitable materials include vinyl polymer or vinyl co-polymer compositions (used interchangeably herein) which may be readily mixed with any of a variety of color pigments for coloring the coating 32 as desired

As mentioned, color pigments may be added to, mixed in, and/or selected in the vinyl polymer. Accordingly, the footwear 10 may be readily manufactured in a variety of colors to suit the tastes of the marketplace without substantial changes in the manufacturing process or equipment. In that regard, the color of the insole may be selected to purposefully match or otherwise complement the color(s) of the upper members 18.

To apply the coating 32, the inner structure 30 once cured and shaped is immersed in the vinyl polymer. As such, the inner structure 30 is effectively encapsulated or sealed within an effective water-resistant, if not water-proof barrier. Moreover, the coating 32 so encapsulating the inner structure 30 provides a comfortable and slip-resistant upper

4

surface 33 with which the foot directly contacts when the footwear 10 is worn. Once constructed, the insole 14 and the outsole 16 are securely affixed to each other and preferably by means of adhesive or glue

The upper members 18, in particular the strap 20, may also be constructed similarly to insole 14. In that regard, as shown in FIG. 6, the strap 20 may have an inner structure 40 made of the foregoing resin and a coating 42 of vinyl polymer, whereby both the inner structure 40 and the coating 42 extend along the length of the strap 20. For the average-sized foot, the strap 20 may have a length of approximately 9.0 inches and a diameter of approximately 0.5 inches Accordingly, the strap 20 and the insole 14 provide a comfortable contact surface for the foot, while also being water-resistant, if not water-proof, like the insole 14

As also shown in FIGS. 1 and 5, the fastening member 22 may be a strip of woven textile 23 that is configured to provide a loop through which the strap 20 extends. A plastic or latex tube 25 may be used to secure together ends 44 of the fastening member.

As mentioned, the ends 24 of the upper members 18 are securely affixed to the sole 12 by adhesive or glue. In the illustrated embodiment of FIGS. 1, 5 and 6, apertures 26 are configured in the insole 14 to permit the ends 24 to pass through the insole 14 and come into direct contact with the outsole 16. In that regard, the apertures 26 are configured in the inner structure 30 before it is immersed in the vinyl polymer, so that the apertures are, too, provided with the coating 32.

Accordingly, the footwear of FIG. 1 may be constructed substantially by the following steps:

Step 1: providing the outsole 14;
Step 2: forming the insole 16, including preparing the resin composition and configuring it into the inner structure 30;
Step 3: immersing the inner structure 30 in the vinyl polymer to provide the coating 32;
Step 4: forming the strap 20 of the upper members 18, including preparing the resin composition and configuring it into the inner structure 40;
Step 5: immersing the inner structure 40 in the vinyl polymer to provide the coating 42;
Step 6: providing the upper members 18, including arranging the strap 20, the fastening member 22 and the tube 25 relative to each other; and
Step 7: securely affixing to each other, the outsole 14, the insole 16 and the upper members 18 by adhesive or glue.

The method of the present invention may also involve the following steps:

Step 2a: forming the apertures 26 in the inner structure 30 before it is immersed in the vinyl polymer.

Moreover, Steps 4 and 5 may be bypassed if the upper members 18 are not to be constructed of the marine buoy material. It is therefore understood by one of ordinary skill in the art that the foregoing steps need not be taken in the sequence presented, nor does each step need to be taken in manufacturing the footwear 10 The method may be altered as appropriate or desired depending on the desired configuration and/or embodiments of the footwear as described further below.

As illustrated in FIGS. 7–11, the upper members 18 may adopt an unlimited number of variations in their configuration or manner of construction. The upper members 18 may take the form of two converging, relatively thin members

US 6,508,016 B1

| 5 | 6 |

18a (FIG. 7), a continuous, wider member 18b in combination with a fastening member 22b (FIGS. 8 and 9), or even two overlapping (adjustable) flaps 18c that are detachable by Velcro® pads (FIGS 10, 11 and 12). The materials of which these upper members are constructed may be man-made or otherwise, including pseudo-suede, nylon or nylon-based textiles, or the like As illustrated, the apertures 26 (that is, the shape and size) are configured in conformity with the particular upper members 18 employed with the footwear.

As illustrated in FIGS. 8–11, the sole 12 may also adopt unlimited variations in its configuration. In these illustrated embodiments, an outsole 44 is configured to with an upwardly extending peripheral border 50 (best illustrated in FIGS. 9 and 11) surrounding the relatively lower surface 52 on which the insole 16 sits. Thus, unlike the outsole 14 of FIGS. 1-6 which is of a substantially uniform thickness, the outsole 44 provides the peripheral border 50 which may have a thickness T of approximately 5/16 inch and a depth D of approximately ¼ inch

For these other embodiment of the footwear of the present invention, the manufacturing thereof may substantially follow the steps set forth above. Clearly, where the upper members are configured or constructed differently, the steps may be altered as appropriate or desired.

Although the foregoing discloses the presently preferred embodiments of the present invention, it is understood that the those skilled in the art may make various changes to the preferred embodiments shown and described without departing from the scope of the invention. As such, the invention is defined only by the following claims.

We claim:

1. A footwear comprising:
a sole including an outsole and insole, the insole having a coating of vinyl polymer and an inner structure of thermoplastic resin;
a separately formed upper member having at least one end affixed to the sole;
wherein the inner structure has at least one aperture for receiving the end of the upper member, the coating of vinyl polymer extending into the aperture.

2. A footwear of claim 1, wherein the thermoplastic resin comprises a foam in combination with a plasticizer.

3. A footwear of claim 1, wherein the thermoplastic resin comprises NBR, PVC, filler talc, foaming agent, plasticizer and process oil.

4. A footwear of claim 1, wherein the coating is flexible.

5. A footwear of claim 1, wherein the sole is of a substantially uniform thickness.

6. A footwear of claim 1, wherein the insole is of a substantially uniform thickness.

7. A footwear of claim 1, wherein said outsole includes a peripheral border extending upwardly and around said insole.

8. A footwear of claim 1 wherein said footwear is substantially water-proof.

9. A footwear of claim 1, wherein said upper member comprises of flaps detachably attached to each other.

10. A footwear of claim 1, wherein said upper member comprises of a strap and a fastening member.

11. A footwear of claim 10, wherein the inner structure has another aperture for receiving the fastening member, the coating of vinyl polymer extending into said another aperture.

12. A sandal comprising:
a sole including an outsole and an insole, the insole having a coating of a vinyl polymer and an inner structure of thermoplastic resin; and
a separately formed upper member with two ends thereof affixed to said sole,
wherein the inner structure provides apertures extending downwardly into the insole for receiving the ends of the upper member, the coating of vinyl polymer extending downwardly into the apertures

13. A sandal of claim 12, wherein a portion of the upper member also has a coating of the vinyl polymer and an inner structure of the thermoplastic resin.

14. A sandal of claim 12, wherein the thermoplastic resin comprises a foam in combination with a plasticizer.

15. A sandal of claim 12, wherein the thermoplastic resin comprises NBR, PVC, filler talc, foaming agent, plasticizer and process oil.

16. A sandal of claim 12, wherein the coating is flexible

17. A sandal of claim 12, wherein the sole is of a substantially uniform thickness.

18 A sandal of claim 12, wherein the insole is of a substantially uniform thickness.

19. A sandal of claim 12, wherein said outsole includes a peripheral border extending upwardly and around said insole.

20. A sandal of claim 12, wherein said footwear is substantially water-proof.

\* \* \* \* \*

# CERTIFICATE OF SERVICE

I certify that on June 29, 2006 pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing document described as **STIPULATED AND FINAL JUDGMENT** was served on the parties in this action by regular U.S. Mail addressed as follows:

Michael H. Bierman, Esq.
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
777 South Figueroa, Suite 3600
Los Angeles, CA 90017

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on June 29, 2006 at Newport Beach, California.

_Rebecca Kestian_
Rebecca Kestian

RAK IRV1096840 1-*-06/28/06 4:15 PM

/17